# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | **CIVIL MINUTES - GENERAL** | | JS-6 |
|---|---|---|---|
| Case No. | CV11-09304-WDK(FMOx) | Date | April 20, 2012 |
| Title | J & J Sports Productions Inc. v. Bouziane Moussat | | |

Present: The Honorable    William D. Keller, United States District Court Judge

| Patricia Gomez | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Petitioner/Appellant:    Attorneys Present for Respondent:

N/A                                              N/A

**Proceedings:**     **(In Chambers:) Order Dismissing Action Without Prejudice**

    Pursuant to the Request for Judicial Notice of Settlement, filed by plaintiff on April 9, 2012, the above-referenced case is dismissed without prejudice pending the lodging and/or filing of any proposed dismissal orders and/or judgments.  In the event the parties do not lodge and/or file any proposed orders and/or judgments by May 11, 2012, the Court will dismiss the action with prejudice.

    IT IS SO ORDERED.

00 : 00

Initials of Preparer    PG